# EXHIBIT 4



Herbert H. Finn
Tel 312.456.8427
Fax 312.456.8435
FinnH@gtlaw.com

July 19, 2018

**VIA OVERNIGHT COURIER**

Cassandra Thurswell
Chief Executive Officer
Kitsch LLC
137 N Larchmont Blvd, #641
Los Angeles, California 90004

Re:     Kitsch's Unauthorized Use of DEEJAYZOO Intellectual Property

Dear Ms. Thurswell:

We represent DEEJAYZOO, LLC, which develops, produces, and sells fashion-forward, high-quality shower caps marketed and distributed under the federally registered SHHHOWERCAP mark. Before the introduction of SHHHOWERCAP shower caps, shower caps were unattractive, uncomfortable, and loud. DEEJAYZOO vastly improved the tired old shower cap by introducing noise-dampening materials and developing a shower cap construction with a comfort band, stylish design, and attractive prints. In so doing, DEEJAYZOO created an entirely new product niche: the fashionable, reusable, comfortable shower cap.

DEEJAYZOO has received significant acclaim for its revolutionary SHHHOWERCAP product. From Vogue to Buzzfeed to The New York Times, seemingly every corner of print and internet media has recognized the SHHHOWERCAP as a novel, fresh take on the shower cap – and a must-have product for fashionable women.

DEEJAYZOO has invested substantial resources to obtain trademark, patent, and other intellectual property rights towards protecting its place in the market that DEEJAYZOO itself created and cultivated. As such, DEEJAYZOO is the holder of numerous United States patents and trademark registrations relating to its SHHHOWERCAP product.

In addition to federal registrations on its SHHHOWERCAP mark, DEEJAYZOO is the owner of U.S. Trademark Registration No. 5,208,472 for THE SHOWER CAP REINVENTED, covering "waterproof headpieces, namely, shower caps and turbans" in Class 25. DEEJAYZOO, and/or its predecessors-in-interest, have been using THE SHOWER CAP REINVENTED in association with waterproof headpieces since at least

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BERLIN¬
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
NORTHERN VIRGINIA
ORANGE COUNTY
ORLANDO
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SEOUL∞
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TEL AVIV^
TOKYO≈
WARSAW~
WASHINGTON, D.C.
WESTCHESTER COUNTY
WEST PALM BEACH

¬OPERATES AS
   GREENBERG TRAURIG GERMANY, LLP
* OPERATES AS A
   SEPARATE UK REGISTERED LEGAL ENTITY
+ OPERATES AS
   GREENBERG TRAURIG, S.C.
** STRATEGIC ALLIANCE
∞ OPERATES AS
   GREENBERG TRAURIG LLP
   FOREIGN LEGAL CONSULTANT OFFICE
^ A BRANCH OF
   GREENBERG TRAURIG, P.A.
   FLORIDA, USA
~ OPERATES AS
   GT TOKYO HORITSU JIMUSHO
≈ OPERATES AS
   GREENBERG TRAURIG GRZESIAK SP.K.

July 18, 2018
Page 2

as early as December 6, 2015.  As such, DEEJAYZOO has acquired common law rights to the THE SHOWER CAP REINVENTED mark, as well as numerous other marks.

DEEJAYZOO is also the owner of U.S. Patent No. 10,021,930 ("the '930 patent"), which issued on July 17, 2018 and is entitled "Noise Reducing Water Resistant Headpiece." Similarly, DEEJAYZOO owns U.S. Patent No. D775,792 ("the D'792 patent"), which issued on January 10, 2017, and is entitled "Noise reducing water resistant headwear cap."  A copy of each of the '930 and D'792 patents is attached for your convenience.

## Kitsch's Shower Caps

It has come to our attention Kitsch LLC ("Kitsch") offers for sale competitive shower caps ("Kitsch Shower Cap") through various websites and retail outlets, including the caps identified at https://mykitsch.com/shower-caps/. The Kitsch Shower Cap bears a striking resemblance to and contains the same structure as DEEJAYZOO's SHHHOWERCAP product. We have reviewed and analyzed samples of the Kitsch Shower Cap, including its packaging. Based on the results of our review and analysis, the Kitsch Shower Cap and packaging infringe DEEJAYZOO's trademark and patent rights, as discussed in greater detail below.

## Kitsch's Trademark Infringement

At the outset, Kitsch has been using DEEJAYZOO's federally registered THE SHOWER CAP REINVENTED mark on packaging for and in association with the Kitsch Shower Cap:



Your use of DEEJAYZOO's registered THE SHOWER CAP REINVENTED mark in connection with your competing shower caps is likely to cause, and in fact has caused and will continue to cause, confusion among consumers as to whether your goods are somehow related to DEEJAYZOO and its SHHHOWERCAP product.  As noted above, the packaging for the Kitsch

July 18, 2018
Page 3

Shower Cap uses DEEJAYZOO's mark for the same type of goods specified in the above-noted registration, and which travel in the same channels of commerce and distribution as the SHHHOWERCAP product. Accordingly, Kitsch has infringed and continues to infringe DEEJAYZOO's statutory and common law trademark rights.

<u>Kitsch's Patent Infringement</u>

We have reviewed a sample of the Kitsch Shower Cap and compared its structure to the recitations of claim 1 of the '930 patent. Based on our review, the Kitsch Shower Cap includes each and every element of claim 1 of the '930 patent and therefore the Kitsch Shower Cap infringes at least claim 1 of the '930 patent. We have also compared the Kitsch Shower Cap to the design illustrated and claimed in the D'792 patent. A side-by-side comparison is provided below.



| D'729 Patent | Kitsch Shower Cap |
| --- | --- |
| FIG. 1 | |

Based on our review, an ordinary observer would find the Kitsch Shower Cap to include substantially the same design as that depicted and claimed in the D'792 patent, and therefore the Kitsch Shower Cap also infringes the D'792 patent.

July 18, 2018
Page 4

### DEEJAYZOO's Demands

DEEJAYZOO vigorously defends its valuable intellectual property rights. We must therefore demand that Kitsch immediately:

1. Halt the manufacture, importation, use, sale, offer for sale, and/or distribution of the Kitsch Shower Cap;

2. Contact any distributors or retail outlets in possession of any Kitsch Shower Cap and instruct such retail outlets to halt the sale, offer for sale, and/or distribution of the Kitsch Shower Cap; and

3. Cease all use of "The Shower Cap, Reinvented" or any other slogans or packaging that is confusingly similar to DEEJAYZOO's THE SHOWER CAP REINVENTED mark.

To address Kitsch's infringement to date, please also provide the following information:

4. Written assurance that Kitsch has complied with demands (1), (2), and (3) above;

5. An accounting of all sales, stock, and inventory of the Kitsch Shower Cap, including the retailer that made all such sales and that holds such current stock and inventory;

6. A listing of all significant offers for sale of the Kitsch Shower Cap, including but not limited to offers to retailers, offer campaigns to or through social media influencers, and trade show appearances; and

7. A listing of all retailers of Kitsch-brand products.

We would appreciate receiving the above information by July 27, 2018. After receipt of the requested information, DEEJAYZOO will be in a better position to address the issue of appropriate compensation from Kitsch towards remedying Kitsch's infringement.

I look forward to your prompt response towards resolving this matter amicably and expeditiously.

Very truly yours,

Herbert H. Finn

US010021930B2

(12) **United States Patent**
De Jesu

(10) Patent No.: **US 10,021,930 B2**
(45) Date of Patent: **Jul. 17, 2018**

(54) **NOISE REDUCING WATER RESISTANT HEADPIECE**

(71) Applicant: **DEEJAYZOO, LLC**, New York, NY (US)

(72) Inventor: **Jacquelin De Jesu**, Brooklyn, NY (US)

(73) Assignee: **DEEJAYZOO, LLC**, New York, NY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 77 days.

(21) Appl. No.: **14/837,063**

(22) Filed: **Aug. 27, 2015**

(65) **Prior Publication Data**

US 2016/0100648 A1     Apr. 14, 2016

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 29/504,909, filed on Oct. 10, 2014, now Pat. No. Des. 775,792.

(51) **Int. Cl.**
*A42B 1/12*          (2006.01)

(52) **U.S. Cl.**
CPC ...................................... *A42B 1/12* (2013.01)

(58) **Field of Classification Search**
CPC ...................................... A42B 1/12; A42B 1/18
USPC ............................................... 2/174, 68
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 770,338 A | 9/1904 | Tooher | |
| 1,144,121 A | 6/1915 | Guinzburg | |
| 1,742,314 A | 1/1930 | Husman | |
| 1,798,024 A * | 3/1931 | McBride | A42B 1/12 2/68 |
| 1,929,368 A | 10/1933 | Snell et al. | |
| 2,229,825 A | 1/1941 | Stachel | |
| 2,417,323 A | 3/1947 | Richards et al. | |
| 2,524,463 A | 10/1949 | Moore | |
| 2,497,892 A | 2/1950 | Klar | |
| 2,647,259 A | 12/1951 | Hutton | |
| 2,726,398 A | 12/1955 | Cooper | |
| 2,730,720 A * | 1/1956 | Saunders | A42B 1/12 2/68 |
| 2,858,834 A * | 11/1958 | Givens | A45D 19/18 132/212 |
| 2,917,749 A * | 12/1959 | Strickhouser | A42B 1/12 2/68 |
| 3,009,159 A * | 11/1961 | Emmet | A42B 1/041 2/171.01 |
| 3,088,469 A | 5/1963 | Berryhill et al. | |
| 3,113,321 A * | 12/1963 | Siegel | A45D 8/40 2/174 |
| 3,138,801 A * | 6/1964 | Brodsky | A42B 1/12 2/174 |
| 3,447,164 A * | 6/1969 | Greenhouse | A42B 1/12 2/68 |
| 3,503,076 A * | 3/1970 | Marks | A42B 1/12 2/68 |

(Continued)

*Primary Examiner* — Alissa L Hoey
(74) *Attorney, Agent, or Firm* — Greenberg Traurig, LLP

(57)     **ABSTRACT**

A covering apparatus having a unitary material. The unitary material has a grip disposed around the interior perimeter of the material. The grip is fused to the material wherein the grip enables the material to provide a water tight seal and wherein the material is covering an object without slipping and sliding off the object. The material has an elastic member which is enclosed in the material which is located in the rear of the covering apparatus.

**7 Claims, 13 Drawing Sheets**



100

US00D775792S

(12) **United States Design Patent**
De Jesu

(10) Patent No.: **US D775,792 S**
(45) Date of Patent: ** **\*Jan. 10, 2017**

(54) **NOISE REDUCING WATER RESISTANT HEADWEAR CAP**

(71) Applicant: **Jacquelin De Jesu**, Brooklyn, NY (US)

(72) Inventor: **Jacquelin De Jesu**, Brooklyn, NY (US)

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/504,909**

(22) Filed: **Oct. 10, 2014**

(51) LOC (10) Cl. ............................................... **02-03**
(52) U.S. Cl.
USPC .......................................................... **D2/867**
(58) Field of Classification Search
USPC ........ D2/865, 866, 867, 868, 870, 874, 877,
D2/878, 880, 881, 889, 891, 895
CPC ........... A41D 23/00; A42B 1/00; A42B 1/006;
A42B 1/008; A42B 1/02; A42B
1/04; A42B 1/041; A42B 1/043; A42B
1/112; A42B 1/12; A42C 5/04; A45D
2/46; A45D 8/00; A45D 8/40; A45D
19/18; A45D 20/18
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 770,338 A | 9/1904 | Tooher | |
| 1,144,121 A | 6/1915 | Guinzburg | |
| 1,234,735 A * | 7/1917 | Davidson | A42B 1/041 |
| | | | 2/171.04 |
| D57,642 S * | 4/1921 | Guinzburg | D2/867 |
| 1,394,366 A * | 10/1921 | Sharp | A42B 1/041 |
| | | | 2/195.7 |
| 1,742,314 A | 1/1930 | Husman | |
| 1,929,368 A | 10/1933 | Snell et al. | |
| 2,229,825 A | 1/1941 | Stachel | |
| 2,417,323 A | 3/1947 | Richards et al. | |

(Continued)

OTHER PUBLICATIONS

"This Art Director Just Designed a Shower Cap You Might Not be Horrified to Wear," article published on-line by T.L. Stanley on Aug. 21, 2015. Retrieved from the internet on Mar. 29, 2016. URL: http://www.adweek.com/adfreak/art-director-just-designed-shower-cap-you-might-not-be-horrified-wear-166501. (3 pages).*

(Continued)

*Primary Examiner* — Karen E. Eldridge Powers
*Assistant Examiner* — Jasmine Mlinarcik
(74) *Attorney, Agent, or Firm* — Gearhart Law LLC

(57) **CLAIM**

I claim the ornamental design for a noise reducing water resistant headwear cap, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a noise reducing water resistant headwear cap, in accordance with the present invention;
FIG. 2 is a front perspective view of the invention shown in FIG. 1 thereof;
FIG. 3 is a rear elevation view thereof;
FIG. 4 is a right side elevation view thereof;
FIG. 5 is a left side elevation view thereof;
FIG. 6 is a top plan view thereof;
FIG. 7 is a bottom plan view thereof; and,
FIG. 8 is a perspective view of the noise reducing water resistant headwear cap shown in FIGS. 1-7 as worn by an individual in accordance with the present invention.
The partial human figure depicted by broken lines represents environmental structure that forms no part of the claimed design. The broken lines that encircle the interior portion of the headwear cap are boundary lines that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



Trademark Electronic Search System (TESS)                    http://tmsearch.uspto.gov/oin/showfield?f=doc&state=4805:g53qor.2.1

 **United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Guides|Contacts|eBusiness|eBiz alerts|News|Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Sat Jul 21 04:51:03 EDT 2018*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | + HELP + |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## THE SHOWER CAP REINVENTED

| | |
|---|---|
| **Word Mark** | THE SHOWER CAP REINVENTED |
| **Goods and Services** | IC 025. US 022 039. G & S: Waterproof headpieces, namely, shower caps and turbans. FIRST USE: 20151206. FIRST USE IN COMMERCE: 20160711 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 87184228 |
| **Filing Date** | September 27, 2016 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | March 7, 2017 |
| **Registration Number** | 5208472 |
| **Registration Date** | May 23, 2017 |
| **Owner** | (REGISTRANT) De Jesu, Jacquelyn INDIVIDUAL UNITED STATES 337 Kent Avenue, Apt. 3B Brooklyn NEW YORK 11249 |
| **Attorney of Record** | Isabel Triana |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY