**FILED**
CLERK, U.S. DISTRICT COURT

6/17/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ____CW____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Kitsch LLC, a California company,

     Plaintiff/Counter-Defendant,

v.

DEEJAYZOO, LLC, a New York company,

     Defendant/Counter-Plaintiff.

Case No.  2:19-cv-02556-JAK-RAO

**ORDER RE AGREED MOTION TO RESET CALENDAR DATES (DKT. 60) / AMENDED SCHEDULING ORDER**

Based on a review of the Agreed Motion to Reset Calendar Dates (the "Motion" (Dkt. 60)), sufficient good cause has been shown for the requested relief. Therefore, the Motion is **GRANTED** and the scheduling order is amended as follows:

| Event | Current Date | Amended Date |
|---|---|---|
| Deadline for parties to serve invalidity contentions | August 2, 2019 | Closed |
| Parties to exchange proposed terms for construction | August 16, 2019 | Closed |
| Deadline to contact Magistrate Judge Rozella A. Oliver to schedule a date for a settlement conference. | August 19, 2019 | Closed |
| Parties to exchange proposed constructions and evidence | August 30, 2019 | Closed |
| Last day to amend or add parties | September 13, 2019 | Closed |
| Claim Construction Discovery Cut-Off | September 27, 2019 | Closed |
| Joint Markman Prehearing Statement Due | October 18, 2019 | Closed |
| Simultaneous Opening Markman Briefs Due | October 25, 2019 | Closed |
| Simultaneous Responsive Markman Briefs, Tutorials, and Presentation Materials Due | November 8, 2019 | Closed |
| Markman Hearing | December 9, 2019 at 10:30 a.m. | N/A |
| Last day to participate in a settlement conference/mediation | February 3, 2020 | Closed |

|  |  |  |
|---|---|---|
| Last day to file a notice of settlement or a joint report re status of settlement | February 7, 2020 | Closed |
| Patentee's Deadline to Serve Final Infringement Contentions, Expert Reports on issues Where Patentee has Burden of Proof, All Parties Serve Advice of Counsel Disclosures | February 10, 2020 | August 28, 2020 |
| Post Mediation Status Conference | February 24, 2020 at 11:30 a.m. | N/A |
| Accused Infringer's Deadline to Serve Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert Reports Where Accused Infringer has Burden of Proof | March 9, 2020 | September 25, 2020 |
| Patentee's Deadline to Serve for Rebuttal Expert Reports on Issues Where Accused Infringer has Burden of Proof | April 6, 2020 | October 23, 2020 |
| Expert Discovery Cut-Off | May 4, 2020 | November 23, 2020 |
| Last day to file motions *(including discovery motions)* | June 1, 2020 | December 21, 2020 |

**IT IS SO ORDERED.**


Dated:  June 17, 2020        _____

                                          John A. Kronstadt
                                          United States District Judge