Vivek Jayaram (Pro Hac Vice)
vivek@jayaramlaw.com
Elizabeth Austermuehle (Pro Hac Vice)
liz@jayaramlaw.com
JAYARAM LAW, INC.
125 S. Clark Street, Suite 1175
Chicago, IL 60603

Christian Anstett (SBN 240179)
Anstett.law@gmail.com
A Eric Bjorgum (SBN 198392)
eric.bjorgum@kb-ip.com
KARISH & BJORGUM PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070

*Attorneys for Defendant Deejayzoo, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Kitsch LLC, a California company,<br><br>    Plaintiff/Counter-Defendant,<br>v.<br><br>DEEJAYZOO, LLC, a New York company,<br><br>    Defendant/Counter-Plaintiff. | Case No.  2:19-cv-02556-JAK-RAO<br><br>**STIPULATION TO RESET AND EXTEND CALENDAR DATES**<br><br>*Pursuant to* **Fed. R. Civ. P. 16(b)(4)**<br><br>[[Proposed] Order Submitted herewith] |

The Parties, Defendant/Counter-Plaintiff DEEJAYZOO, LLC ("Deejayzoo") and Plaintiff/Counter-Defendant KITSCH, LLC ("Kitsch"), through their respective attorneys of record, hereby move the Court to reset and extend certain dates set by this Court in the Order and Amended Scheduling Order of June 17, 2020 (Docket Document 68 herein).

WHEREAS, Plaintiff filed its Complaint on April 4, 2019;

WHEREAS, the Scheduling Order of August 5, 2019 (Docket Document 27 herein), set the following dates:

1. **February 10, 2020**: Patentee's Deadline to Serve Final Infringement Contentions, Expert Reports on Issues Where Patentee has Burden of Proof, All Parties Serve Advice of Counsel Disclosures
2. **March 9, 2020**: Accused Infringer's Deadline to Serve Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert Reports Where Accused Infringer has Burden of Proof
3. **April 6, 2020**: Patentee's Deadline to Serve Rebuttal Expert Reports on Issues Where Accused Infringer has Burden of Proof
4. **May 4, 2020**: Expert Discovery Cut-Off
5. **June 1, 2020**: Last day to file motions (*including discovery motions*);

WHEREAS, by joint motion of the Parties dated June 1, 2020 (Docket Document 60 herein), the Court reset these dates for three primary reasons: (1) the Parties have been dealing with the ramifications of the COVID-19 pandemic and its impact on discovery and depositions; (2) the *Markman* ruling being issued later than anticipated in the original schedule; and (3) Deejayzoo recently engaged additional counsel in this matter;

WHEREAS, the Scheduling Order of June 17, 2020 (Docket Document 68 herein) set the following dates:

1. **August 28, 2020**: Patentee's Deadline to Serve Final Infringement

Contentions, Expert Reports on Issues Where Patentee has Burden of Proof, All Parties Serve Advice of Counsel Disclosures

2. **September 25, 2020**: Accused Infringer's Deadline to Serve Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert Reports Where Accused Infringer has Burden of Proof

3. **October 23, 2020**: Patentee's Deadline to Serve Rebuttal Expert Reports on Issues Where Accused Infringer has Burden of Proof

4. **November 23, 2020**: Expert Discovery Cut-Off

5. **December 21, 2020**: Last day to file motions (*including discovery motions*);

WHEREAS, based on the progress of this Action, Deejayzoo has requested and Kitsch does not oppose, a three-week extension of the remaining deadlines in this Action;

WHEREAS, Deejayzoo obtained new counsel in this Action in early June 2020 and Deejayzoo's former counsel withdrew on July 24, 2020;

WHEREAS, while undersigned counsel for Deejayzoo has acted diligently since becoming counsel of record, there has been voluminous discovery exchanged in this case prior to undersigned counsel becoming counsel of record. Specifically, Kitsch has produced over 44,000 pages of documents and Deejayzoo has produced over 33,000 pages of documents. It has taken Deejayzoo's counsel time to review the existing discovery in preparation for ongoing depositions and expert discovery;

WHEREAS, Deejayzoo has requested and Kitsch has agreed to produce additional written discovery needed in connection with the preparation of Deejayzoo's expert reports;

WHEREAS, the Parties have taken multiple depositions to date and are in the process of scheduling additional depositions;

WHEREAS, the Parties continue to engage in the exchange of written discovery

and meet and conferrals regarding written discovery;

WHEREAS, the Court has not yet set a final pretrial conference or a trial date in this Action;

WHEREAS, the Parties do not believe the three-week extension sought hereby will prejudice either Party or result in undue delay;

WHEREAS, Federal Rule of Civil Procedure Rule 16(b)(4) requires good cause and judicial consent as prerequisites to modifying a scheduling order; and

WHEREAS, the parties have only requested one extension in this matter (*see* Joint Motion dated June 1, 2020, Docket Document 60), which was necessary in light of the COVID-19 pandemic and other issues identified therein;

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE AND MOVE TO THE COURT FOR AN ORDER RESETTING THE FOLLOWING DEADLINES:

| Event | Current Date | Proposed Modified Date |
|---|---|---|
| Patentee's Deadline to Serve Final Infringement Contentions, Expert Reports on Issues Where Patentee has Burden of Proof, All Parties Serve Advice of Counsel Disclosures | 8/28/2020 | 9/18/2020 |
| Accused Infringer's Deadline to Serve Final Invalidity Contentions, Rebuttal Expert Reports, and Opening Expert Reports Where Accused Infringer has Burden of Proof | 9/25/2020 | 10/16/2020 |
| Patentee's Deadline to Serve Rebuttal Expert Reports on Issues Where Accused Infringer has Burden of Proof | 10/23/2020 | 11/13/2020 |
| Expert Discovery Cut-Off | 11/23/2020 | 12/14/2020 |
| Last Day to File Motions (*including discovery motions*) | 12/21/2020 | 1/11/2021 |

**IT IS SO STIPULATED AND AGREED.**

Dated: August 19, 2020         JAYARAM LAW, INC.

By:     /s/ Vivek Jayaram

Vivek Jayaram (Pro Hac Vice)
vivek@jayaramlaw.com
Elizabeth Austermuehle (Pro Hac Vice)
liz@jayaramlaw.com
JAYARAM LAW, INC.
125 S. Clark Street, Suite 1175
Chicago, IL 60603
Christian Anstett (SBN 240179)
Anstett.law@gmail.com
A Eric Bjorgum (SBN 198392)
eric.bjorgum@kb-ip.com
KARISH & BJORGUM PC
119 E. Union Street, Suite B
Pasadena, CA 91103
*Attorneys for Defendant Deejayzoo, LLC*

Dated: August 19, 2020         BROOKS KUSHMAN P.C.

By: /s/ Rebecca J. Cantor*
Mark A. Cantor (Pro Hac Vice)
mcantor@brookskushman.com
Rebecca J. Cantor (Pro Hac Vice)
rcantor@brookskushman.com
Marc Lorelli (Pro Hac Vice)
mlorelli@brookskushman.com
1000 Town Center, 22nd Floor
Southfield, MI 48075
T: (248) 358-4400/F: (248) 358-3351
William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
601 S. Figueroa Street, Suite 2080
Los Angeles, CA 90017
Tel: (213) 622-3003
*Attorneys for Plaintiff Kitsch, LLC*

* Pursuant to Local Rule 5-4.3.4(a)(2), the filing party attests that Plaintiff's counsel concurs in the content of this Stipulation and has authorized its filing with his electronic signature.

4

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 19, 2020 he served the foregoing Stipulation to Reset and Extend Calendar Dates on all counsel of record via the Court's ECF system, which electronically notifies them.

By: /s/ Vivek Jayaram

Vivek Jayaram (Admitted pro hac vice)
125 S. Clark Street, Suite 1175
Chicago, IL 60603
Phone: 312-212-8676
Cell: 646-325-9855
Email: vivek@jayaramlaw.com

*Attorneys for Defendant Deejayzoo, LLC*