Vivek Jayaram (Pro Hac Vice)
vivek@jayaramlaw.com
Elizabeth Austermuehle (Pro Hac Vice)
liz@jayaramlaw.com
JAYARAM LAW, INC.
125 S. Clark Street, Suite 1175
Chicago, IL 60603

Christian Anstett (SBN 240179)
Anstett.law@gmail.com
A Eric Bjorgum (SBN 198392)
eric.bjorgum@kb-ip.com
KARISH & BJORGUM PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070

*Attorneys for Defendant Deejayzoo, LLC*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| Kitsch LLC, a California company,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>DEEJAYZOO, LLC, a New York company,<br><br>Defendant/Counter-Plaintiff. | Case No. 2:19-cv-02556-JAK-RAO<br><br>**ORDER GRANTING DEEJAYZOO, LLC'S APPLICATION TO FILE CONFIDENTIAL DOCUMENTS IN OPPOSITION TO KITSCH, LLC'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND DAUBERT MOTION TO EXCLUDE EXPERT REPORT OF FERNANDO TORRES UNDER SEAL** |

Based on a review of Defendant's Application to File Confidential Documents in Opposition to Kitsch, LLC's Motion for Summary Judgment of Non-Infringement and Daubert Motion to Exclude the Expert report of Fernando Torres Under Seal ("Application" (Dkt. 137), it has been determined that there is sufficient good cause for some of the requested relief. Therefore,

It is hereby ordered that the Application is **GRANTED** and the following documents are to be filed under seal:

1. Exhibit 3 to the February 24, 2021 Declaration of Vivek Jayaram in Support of Deejayzoo's Memorandum in Opposition to Kitsch, LLC's Motion for Partial Summary Judgment;

2. Deejayzoo's Memorandum in Opposition to Kitsch, LLC's Motion for Summary Judgment of Non-Infringement;

3. Deejayzoo's Statement of Genuine Disputes of Material Facts in Opposition to Kitsch, LLC's Motion for Summary Judgment of Non-Infringement; and

4. Deejayzoo's Memorandum in Opposition to Kitsch, LLC's Daubert Motion to Exclude the Expert Report of Fernando Torres.

IT IS SO ORDERED.

DATED: September 21, 2021                    _____

John A. Kronstadt
United States District Judge