William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
**BROOKS KUSHMAN P.C.**
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071-1635
Tel: (213) 622-3003

*Attorneys for Plaintiff Kitsch LLC*

Christian Anstett (SBN 240179)
Anstett.law@gmail.com
A Eric Bjorgum (SBN 198392)
eric.bjorgum@kb-ip.com
KARISH & BJORGUM PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070

*Attorneys for Defendant Deejayzoo, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Kitsch LLC, a California company,<br><br>        Plaintiff/Counter-Defendant,<br>v.<br><br>DEEJAYZOO, LLC, a New York company,<br><br>        Defendant/Counter-Plaintiff. | Case No.  2:19-cv-02556-JAK-RAO<br><br>Hon. John A. Kronstadt<br>Magistrate Judge Rozella A. Oliver<br><br>**JOINT STATEMENT REGARDING CONFIDENTIALITY OF COURT ORDER (DKT. 195) RE MOTIONS FOR SUMMARY JUDGMENT (DKTS. 81, 91)** ***DAUBERT*** **MOTION (DKT. 84) AND MOTION TO STRIKE (DKT. 188)** |

1  Pursuant to the Court's Civil Minutes filed Under Seal (Dkt. 195) and the
2  Court's request that "the parties file a joint statement as to whether any matter stated
3  in the Order is information that one or more contends should remain under seal, along
4  with a proposed redacted version." The parties hereby state that there is nothing
5  contained in the Order that must remain under seal, therefore, a redacted version is
6  unnecessary.

Dated: September 28, 2021   **BROOKS KUSHMAN P.C.**

By: /s/ Mark A. Cantor
Mark A. Cantor (Pro Hac Vice)
mcantor@brookskushman.com
Rebecca J. Cantor (Pro Hac Vice)
rcantor@brookskushman.com
Marc Lorelli (Pro Hac Vice)
mlorelli@brookskushman.com
1000 Town Center, 22nd Floor
Southfield, MI 48075
T: (248) 358-4400/F: (248) 358-3351

William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
601 S. Figueroa Street, Suite 2080
Los Angeles, CA 90017
Tel: (213) 622-3003

*Attorneys for Plaintiff Kitsch, LLC*

Dated: September 28, 2021   **JAYARAM LAW, INC.**

By:*/s/ Vivek Jayaram* (w/permission)
Vivek Jayaram (Pro Hac Vice)
vivek@jayaramlaw.com
Elizabeth Austermuehle (Pro Hac Vice)
liz@jayaramlaw.com
JAYARAM LAW, INC.
125 S. Clark Street, Suite 1175
Chicago, IL 60603

Christian Anstett (SBN 240179)
Anstett.law@gmail.com
A Eric Bjorgum (SBN 198392)
eric.bjorgum@kb-ip.com
KARISH & BJORGUM PC

|   |   |
|---|---|
| 1 | 119 E. Union Street, Suite B |
| 2 | Pasadena, CA 91103 |

*Attorneys for Defendant Deejayzoo, LLC*

### L.R. 5-4.3.4 Attestation Regarding Signature

The electronic filer attests that all other signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated:  September 28, 2021          By:  /s/ Mark A. Cantor
                                                        Mark A. Cantor

---

Joint Statement Regarding Confidentiality of
Court Order (Dkt. 195)

Case No. 2:19-cv-02556-JAK-RAO