William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
**BROOKS KUSHMAN P.C.**
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071-1635
Tel: (213) 622-3003

*Attorneys for Plaintiff Kitsch LLC*

Christian Anstett (SBN 240179)
Anstett.law@gmail.com
A Eric Bjorgum (SBN 198392)
eric.bjorgum@kb-ip.com
KARISH & BJORGUM PC
119 E. Union Street, Suite B
Pasadena, CA 91103
Telephone: (213) 785-8070

*Attorneys for Defendant Deejayzoo, LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Kitsch LLC, a California company,<br><br>    Plaintiff/Counter-Defendant,<br>v.<br><br>DEEJAYZOO, LLC, a New York company,<br><br>    Defendant/Counter-Plaintiff. | Case No. 2:19-cv-02556-JAK-RAO<br><br>Hon. John A. Kronstadt<br>Magistrate Judge Rozella A. Oliver<br><br>**JOINT STIPULATION UPDATING EXPERT DEADLINES** |

Pursuant to the Court's Civil Minutes filed Under Seal (Dkt. 195) and the Court's directive that "the parties are ordered to submit a joint stipulation proposing updated expert deadlines" for the limited purpose of facilitating expert discovery.

The parties propose the following schedule:

| Event | Date |
| --- | --- |
| DJZ Expert Disclosure/Report directed only to the Lab Report | October 25, 2021 |
| Deposition of DJZ Expert | November 8, 2021 |
| Kitsch Expert Rebuttal | December 10, 2021 |
| Deposition of Kitsch Expert | December 31, 2021 |
| Deadline for Daubert Motions | January 31, 2022 |

Dated: September 28, 2021

**BROOKS KUSHMAN P.C.**

By: /s/ Mark A. Cantor
Mark A. Cantor (Pro Hac Vice)
mcantor@brookskushman.com
Rebecca J. Cantor (Pro Hac Vice)
rcantor@brookskushman.com
Marc Lorelli (Pro Hac Vice)
mlorelli@brookskushman.com
1000 Town Center, 22nd Floor
Southfield, MI 48075
T: (248) 358-4400/F: (248) 358-3351

William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
601 S. Figueroa Street, Suite 2080
Los Angeles, CA 90017
Tel: (213) 622-3003

*Attorneys for Plaintiff Kitsch, LLC*

Dated: September 28, 2021

**JAYARAM LAW, INC.**

By: /s/ Vivek Jayaram (w/permission)
Vivek Jayaram (Pro Hac Vice)
vivek@jayaramlaw.com

| | |
|---|---|
| 1 | Elizabeth Austermuehle (Pro Hac Vice) |
| 2 | liz@jayaramlaw.com |
|   | JAYARAM LAW, INC. |
| 3 | 125 S. Clark Street, Suite 1175 |
|   | Chicago, IL 60603 |
| 4 | Christian Anstett (SBN 240179) |
| 5 | Anstett.law@gmail.com |
|   | A Eric Bjorgum (SBN 198392) |
| 6 | eric.bjorgum@kb-ip.com |
|   | KARISH & BJORGUM PC |
| 7 | 119 E. Union Street, Suite B |
|   | Pasadena, CA 91103 |
| 8 | *Attorneys for Defendant Deejayzoo, LLC* |

## L.R. 5-4.3.4 Attestation Regarding Signature

The electronic filer attests that all other signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized the filing.

Dated:  September 28, 2021        By:   /s/ Mark A. Cantor
                                            Mark A. Cantor

---

Joint Stipulation Updating Expert Deadlines
Case No. 2:19-cv-02556-JAK-RAO

2