1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Kitsch LLC, a California company, | No. 2:19-cv-02556-JAK-RAO |
|---|---|
| Plaintiff/Counter-Defendant, | **ORDER RE JOINT STIPULATION UPDATING EXPERT DEADLINES (DKT. 210)** |
| v. | |
| DEEJAYZOO, LLC, a New York company, | |
| Defendant/Counter-Plaintiff. | |

Based on a review of the Joint Stipulation Updating Expert Deadlines (the "Stipulation" (Dkt. 210)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED** as follows:

| Event | Deadline |
|---|---|
| DJZ Expert Disclosure/Report Directed Only to the Lab Report | October 25, 2021 |
| Deposition of DJZ Expert | November 8, 2021 |
| Kitsch Expert Rebuttal | December 10, 2021 |
| Deposition of Kitsch Expert | December 31, 2021 |
| Deadline for Daubert Motions | January 31, 2022 |

**IT IS SO ORDERED.**

DATED: 9/28/2021

John A. Kronstadt
United States District Judge