**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Kitsch LLC | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:19-cv-02556-JAK-RAO |
| v. | |
| Deejayzoo, LLC | ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

The Court hereby orders that the request of:

Deejayzoo, LLC    ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute A. Eric Bjorgum who is

☒ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

119 E. Union Street, Suite B
*Street Address*

Pasadena, CA 91103                eric.bjorgum@kb-ip.com
*City, State, Zip*                *E-Mail Address*

213-785-8070                                198392
*Telephone Number*        *Fax Number*        *State Bar Number*

as attorney of record instead of Vivek Jayaram, Elizabeth Austermuehle
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**   ☒ **GRANTED**   ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated   October 15, 2021

_____
U. S. District Judge