UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV19-02556 JAK (RAOx) | Date | October 27, 2021 |
|---|---|---|---|
| Title | Kitsch, LLC v. Deejayzoo, LLC | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| T. Jackson | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) ORDER REGARDING SUBSTITUTION OF COUNSEL (DKT. 215)**

Defendant has filed a motion for reconsideration of the Order granting a substitution of attorney (Dkt. 214) and Order setting expert deadlines (Dkt. 211). *See* Dkt. 215. Plaintiff does not oppose the motion. For the reasons set forth in the motion, the motion is **GRANTED** and the Order granting substitution of attorney (Dkt. 214), which made local counsel sole counsel without the consent of local counsel or Defendant, is hereby **STRICKEN**. The motion to withdraw as counsel (Dkt. 213), improperly noticed for November 12, 2021, is reinstituted and reset for hearing on Monday, November 15, 2021 at 8:30 a.m. in Courtroom 10B. In light of the compressed time frame, any opposition thereto is due within seven (7) days of this Order. No reply is necessary. If Defendant obtains new counsel before the hearing date, Defendant's current counsel, local counsel, and new counsel may file a joint supplement to the motion to withdraw stating the resolution of this issue and providing a proposed order reflecting the substitution of counsel. A proper substitution of counsel will moot the hearing. To allow Defendant sufficient time to retain new counsel, the expert deadlines set forth in Dkt. 211 are hereby modified as follows: Defendant's Expert Disclosure: November 29, 2021; Deposition of Defendant's Expert: December 10, 2021; Plaintiff's Expert Rebuttal: January 10, 2022; Deposition of Plaintiff's Expert: February 4, 2022; Deadline for Daubert Motions: March 4, 2022.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | TJ |