William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
**BROOKS KUSHMAN P.C.**
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071-1635
Tel: (213) 622-3003

Mark A. Cantor (*Pro Hac Vice*)
Rebecca J. Cantor (*Pro Hac Vice*)
Marc Lorelli (*Pro Hac Vice*)
mcantor@brookskushman.com
rcantor@brookskushman.com
mlorelli@brookskushman.com
**BROOKS KUSHMAN P.C.**
1000 Town Center, Twenty-Second Floor
Southfield, MI 48075
Tel: (248) 358-4400/Fax: (248) 358-3351

*Attorneys for Plaintiff Kitsch LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Kitsch LLC, a California company,<br><br>   Plaintiff/Counter-Defendant,<br>v.<br><br>DEEJAYZOO, LLC, a New York company,<br><br>   Defendant/Counter-Plaintiff. | Case No. 2:19-cv-02556-JAK-RAO<br><br>Hon. John A. Kronstadt<br>Magistrate Judge Rozella A. Oliver<br><br>**PLAINTIFF'S APPLICATION TO FILE OUT OF TIME**<br><br>Judge: John A. Kronstadt<br>Courtroom: 10B<br>Date: Monday, July 25, 2022<br>Time: 8:30 A.M. |

Plaintiff Kitsch LLC ("Kitsch") hereby moves the Court to be allowed to file its *Daubert* Motion to Exclude the Expert Report of Jeffrey Silberman one day out of time.

Kitsch's *Daubert* Motion was originally due on March 11, 2022. (Dkt. No. 220.) Due to a widespread PACER outage, however, Kitsch was unable to access the CM/ECF system to file its Motion. Despite not being able to file its Motion, Kitsch did serve a copy of its Motion on counsel for Defendant via email. A declaration setting forth Kitsch's attempts to file its motion is attached hereto pursuant to Local Rule 5-4.6.2. Based on the foregoing, Kitsch respectfully requests the Court allow it to file its *Daubert* Motion one day out of time.

Dated: March 12, 2022

Respectfully submitted,

**BROOKS KUSHMAN P.C.**

By: /s/ Rebecca Cantor
Mark A. Cantor (*Pro Hac Vice*)
mcantor@brookskushman.com
Rebecca J. Cantor (*Pro Hac Vice*)
rcantor@brookskushman.com
Marc Lorelli (*Pro Hac Vice*)
mlorelli@brookskushman.com
1000 Town Center, 22nd Floor
Southfield, MI 48075
T: (248) 358-4400 / F: (248) 358-3351

William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071-1635
Tel: (213) 622-3003

*Attorneys for Plaintiff*