William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
**BROOKS KUSHMAN P.C.**
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071-1635
Tel: (213) 622-3003

Mark A. Cantor (*Pro Hac Vice*)
Rebecca J. Cantor (*Pro Hac Vice*)
Marc Lorelli (*Pro Hac Vice*)
mcantor@brookskushman.com
rcantor@brookskushman.com
mlorelli@brookskushman.com
**BROOKS KUSHMAN P.C.**
1000 Town Center, Twenty-Second Floor
Southfield, MI 48075
Tel: (248) 358-4400/Fax: (248) 358-3351

*Attorneys for Plaintiff*
*Kitsch LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Kitsch LLC, a California company,<br><br>　　Plaintiff/Counter-Defendant,<br>v.<br><br>DEEJAYZOO, LLC, a New York company,<br><br>　　Defendant/Counter-Plaintiff. | Case No. 2:19-cv-02556-JAK-RAO<br><br>Hon. John A. Kronstadt<br>Magistrate Judge Rozella A. Oliver<br><br>**PLAINTIFF'S NOTICE OF MOTION AND *DAUBERT* MOTION TO EXCLUDE EXPERT REPORT OF JEFFREY SILBERMAN**<br><br>Judge: John A. Kronstadt<br>Courtroom: 10B<br>Date: Monday, July 25, 2022<br>Time: 8:30 A.M. |

TO THE COURT, DEFENDANT AND ATTORNEYS OF RECORD;

NOTICE IS HEREBY GIVEN that on Monday, July 25, 2022, at 8:30 AM, or as soon thereafter as counsel may be heard by the above entitled Court, located at 350 W. First Street, Courtroom 10B, Los Angeles, California, Plaintiff Kitsch LLC ("Kitsch") will and hereby does move the Court for a *Daubert* Motion to Exclude the Expert Report of Jeffrey Silberman, and to exclude from trial any testimony, argument, demonstratives, or other evidence relating to the Expert Report including the Vartest Report.  This motion is brought pursuant to Fed. R. Evid. 403, 702 and *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993).

This motion is based upon the Memorandum and accompanying papers in Support of Kitsch's Daubert Motion to Exclude the Expert Report of Jeffrey Silberman and any subsequently filed memorandum, and upon such other matters as may be presented at the time of the hearing.  In sum, Kitsch seeks to exclude Professor Silberman from presenting opinions related to the Vartest Report because Professor Silberman is not qualified to opine on the technology or procedures used to create the Vartest Report.

Pursuant to L.R. 7-3, lead Counsel for Kitsch met and conferred with Counsel for Defendant Deejayzoo on March 7, 2022.  Consent to the present motion was not provided.

> Respectfully submitted,
> **BROOKS KUSHMAN P.C.**
>
> By: /s/ Rebecca J. Cantor
> Mark A. Cantor (*Pro Hac Vice*)
> mcantor@brookskushman.com
> Rebecca J. Cantor (*Pro Hac Vice*)
> rcantor@brookskushman.com

---

*Daubert* Motion to Exclude Expert Report
of Jeffrey Silberman
Case No. 2:19-cv-02556-JAK-RAO

|   |   |   |
|---|---|---|
| 1 |  | Marc Lorelli (*Pro Hac Vice*) |
| 2 |  | mlorelli@brookskushman.com |
|   |  | 1000 Town Center, 22nd Floor |
| 3 |  | Southfield, MI 48075 |
|   | Dated: March 11, 2022 | T: (248) 358-4400 / F: (248) 358-3351 |

Dated: March 11, 2022

Marc Lorelli (*Pro Hac Vice*)
mlorelli@brookskushman.com
1000 Town Center, 22nd Floor
Southfield, MI 48075
T: (248) 358-4400 / F: (248) 358-3351

William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071-1635
Tel: (213) 622-3003

*Attorneys for Plaintiff*