UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | LA CV19-02556 JAK (RAOx) |
| Title: | Kitsch LLC v. Deejayzoo, LLC |
| Date | June 9, 2023 |

Present: The Honorable  JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| T. Jackson-Terrell | Suzanne McKennon |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Marc Lorelli/Rebecca Cantor | John Shaeffer/Meeghan Tirtasaputra |

_____ Day Court Trial     4TH Day Jury Trial

_____ One day trial:  _____ Begun (1st day);  _____ Held & Continued;  **X** Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
✓ Witnesses called, sworn and testified.   ✓ Exhibits Identified   ✓ Exhibits admitted.
✓ Plaintiff(s) rest.   ✓ Defendant(s) rest.
✓ Closing arguments made by   ✓ plaintiff(s)   ✓ defendant(s).   ✓ Court instructs jury.
✓ Bailiff(s) sworn.   ✓ Jury retires to deliberate.   _____ Jury resumes deliberations.
✓ Jury Verdict in favor of   ✓ plaintiff(s)   _____ defendant(s) is read and filed.
✓ Jury polled.   _____ Polling waived.
✓ Filed Witness & Exhibit Lists   ✓ Filed jury notes.   ✓ Filed jury instructions.
_____ Judgment by Court for   _____ plaintiff(s)   _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).
_____ Case submitted.   Briefs to be filed by _____
_____ Motion to dismiss by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.
_____ Settlement reached and placed on the record.
✓ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
_____ Case continued to _____ for further trial/further jury deliberation.
✓ Other: Post-Trial Motions: As stated on the record, any post trial motions are deemed made timely. Counsel shall prepare a written stipulation and proposed order with a proposed schedule for any post-trial motion.

06 : 45

Initials of Deputy Clerk   TJ

cc: