**FILED**
CLERK, U.S. DISTRICT COURT

06/09/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TJ _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.  <u>LA CV19-02556 JAK (RAOx)</u>

Title:  <u>Kitsch LLC v. Deejayzoo, LLC.</u>

Date: 6/9/23

Time: 4:45 pm

**JURY NOTE NUMBER** __1__

X        THE JURY HAS REACHED A UNANIMOUS VERDICT

_____        THE JURY REQUESTS THE FOLLOWING:

_____

_____

_____

_____

_____

_____

_____

_____

_____

DATE: 6/9/2023                SIGNED: 

FOREPERSON OF THE JURY