1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

KITSCH LLC,

      Plaintiff and
      Counterdefendant,

v.

DEEJAYZOO, LLC,

      Defendant and
      Counterclaimant.

No. 2:19-cv-02556-JAK (RAOx)

**JUDGMENT**

**JS-6**

1

This matter was tried before a jury beginning on June 6, 2023 with Judge John A. Kronstadt presiding. The matter was duly submitted to the jury by means of a special verdict consisting of a series of questions. On June 9, 2023, according to the instructions given to the jury, the jury returned its unanimous verdict by way of its answers to the questions propounded to it. In accordance with the verdict so rendered by the jury in this matter,

**IT IS ADJUDGED** that:

1. The accused shower cap designs of Plaintiff Kitsch LLC ("Kitsch") do not infringe U.S. Design Patent D775,792 and Judgment is entered in favor of Plaintiff Kitsch  on Count III (Declaration of Non-Infringement of U.S. Design Patent No. D775,792) of Kitsch's Second Amended Complaint (Dkt. 70) and Count V (Infringement of U.S. Patent No. D775,792) of Defendant DeeJayZoo LLC's ("DeeJayZoo") First Amended Counterclaim (Dkt. 73);

2. U.S. Trademark Registration No. 5,208,472 for "The Shower Cap Reinvented" is not a valid and protectable trademark and Judgment is entered in favor of Kitsch on Count V (Declaration of Non-Infringement of U.S. Trademark Registration No. 5,208,472) and Count VI (Cancellation of U.S. Trademark Registration No. 5,208,472) of Kitsch's Second Amended Complaint (Dkt. 70) and Count I (Federal Trademark Infringement of THE SHOWER CAP REINVENTED), Count II (Federal Unfair Competition of THE SHOWER CAP REINVENTED), Count III (Counterfeit of THE SHOWER CAP REINVENTED MARK), and Count IV (Unfair Competition under California Business and Professions Code §§17200 *et seq*.) of Defendant DeeJayZoo LLC's ("DeeJayZoo") First Amended Counterclaim (Dkt. 73);

3. DeeJayZoo's SHHHOWERCAP mark is a valid and protectable trademark but Plaintiff Kitsch has not infringed the SHHHOWERCAP mark (including U.S. Trademark Registration No. 4,947,006) and Judgment is entered in favor of Kitsch on

Count VII (Federal Unfair Competition of SHHHOWERCAP) of DeeJayZoo's First Amended Counterclaim (Dkt. 73); and

        4. The United States Patent & Trademark Office is directed to cancel  U.S. Trademark Registration No. 5,208,472; provided, however, this portion of the judgment is stayed pending any appeals by Deejayzoo.

**IT IS SO ORDERED.**

Dated:  <u>August 22, 2023</u>

                           John A. Kronstadt
                           United States District Judge