William E. Thomson, Jr. (SBN 47195)
wthomson@brookskushman.com
**BROOKS KUSHMAN P.C.**
445 S. Figueroa Street, Suite 3100
Los Angeles, CA 90071-1635
Tel: (213) 622-3003

Mark A. Cantor (*Pro Hac Vice*)
Rebecca J. Cantor (*Pro Hac Vice*)
Marc Lorelli (*Pro Hac Vice*)
mcantor@brookskushman.com
rcantor@brookskushman.com
mlorelli@brookskushman.com
**BROOKS KUSHMAN P.C.**
1000 Town Center, Twenty-Second Floor
Southfield, MI 48075
Tel: (248) 358-4400/Fax: (248) 358-3351

*Attorneys for Plaintiff*
*Kitsch LLC*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Kitsch LLC, a California company,<br><br>        Plaintiff/Counter-Defendant,<br><br>v.<br><br>DEEJAYZOO, LLC, a New York company,<br><br>        Defendant/Counter-Plaintiff. | Case No.  2:19-cv-02556-JAK-RAO<br><br>Hon. John A. Kronstadt<br>Magistrate Judge Rozella A. Oliver<br><br>**DECLARATION OF MARK A. CANTOR IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS**<br><br>**[Filed Concurrently With Plaintiff's Notice of Motion and Motion for Attorneys' Fees And Non-Taxable Costs]**<br><br>Judge:  John A. Kronstadt<br>Courtroom:  10B |

I, Mark A. Cantor, declare as follows:

1. I am an attorney and shareholder at the law firm of Brooks Kushman P.C., attorneys of record for Plaintiff Kitsch LLC ("Kitsch") in the above-captioned case.

2. I am an attorney duly licensed to practice law in the State of Michigan and have been admitted *pro hac vice* as counsel for plaintiff in this case. I have actual knowledge of the following facts.

3. I have practiced intellectual property law since 1981. I am experienced in all stages of litigation from the initial analysis and review of potential claims through the completion of trial and the appeals thereon.

4. I have represented and counseled clients in all aspects of intellectual property matters and acted as counsel for many plaintiffs and defendants in numerous courts (including California) for and against infringement and related claims.

5. In connection with the present case, in connection with the attorney fees sought in the motion, I have had collected the billings and rates charged to Plaintiff for the attorneys in this case through July of 2023. Those billing amounts, rates and tasks are attached to this Declaration as Exhibit A.

6. I have also had collected the non-taxable costs sought in this motion charged to Plaintiff for this case. Those amounts are shown in Exhibit B to this Declaration.

7. Attached as Exhibits C1 and C2 are the cost backup documentation.

8. Based on my experience and my understanding of the rates charged for patent and trademark litigation in California, and the 2021 AIPLA Economic Survey (attached hereto as Exhibit D) I believe these fees and costs were necessary and are reasonable.

9. Our firm began performing work in connection with this case in early 2019. Plaintiff is seeking its attorney fees and non-taxable costs from the date of the summary judgment ruling through the end of trial and as such only those fees and costs are included in the Exhibits attached to this Declaration.[1]

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 5, 2023        _____
                                Mark A. Cantor

---

[1] Plaintiff will also be seeking its fees with respect to this and any other post-trial motions but those have not yet been quantified and the Court has not made its final rulings on post-trial matters.

Declaration of Mark A. Cantor
in Support of Motion for Attorneys' Fees
Case No. 2:19-cv-02556-JAK-RAO

2