# EXHIBIT A

| **Table 1** | | | |
|---|---|---|---|
| *Task 1: Case Management* | | | |
| Attorney | Rate | Hours | Fee |
| Mark Cantor (Shareholder) | $495/hour | 13.0 | $6,435.00 |
| Rebecca Cantor (Shareholder) | $425/hour through 2022 $475/hour in 2023 | 16.7 | $7,165.00 |
| Marc Lorelli (Shareholder) | $450/hour through 2022 $495/hour in 2023 | 0.4 | $198.00 |
| **Fee Request for Task 1** | | **30.1** | **$13,798.00** |
| *Task 2: Deposition* | | | |
| Rebecca Cantor (Shareholder) | $425/hour through 2022 $475/hour in 2023 | 1.6 | $680 |
| **Fee Request for Task 2** | | **1.6** | **$680** |
| *Task 3: Discovery* | | | |
| Mark Cantor (Shareholder) | $495/hour | 7.4 | $3,663.00 |
| Rebecca Cantor (Shareholder) | $425/hour through 2022 $475/hour in 2023 | 2.2 | $935.00 |
| **Fee Request for Task 3** | | **9.6** | **$4,598.00** |
| *Task 4: Dispositive Motions* | | | |
| Mark Cantor (Shareholder) | $495/hour | 4.0 | $1,980.00 |
| Rebecca Cantor (Shareholder) | $425/hour through 2022 $475/hour in 2023 | 1.3 | $552.00 |
| Marc Lorelli (Shareholder) | $450/hour through 2022 $495/hour in 2023 | 0.7 | $315.00 |
| **Fee Request for Task 4** | | **6.0** | **$2,847.50** |
| *Task 5: Expert Discovery* | | | |
| Mark Cantor (Shareholder) | $495/hour | 37.7 | $17,741.50 |
| Rebecca Cantor (Shareholder) | $425/hour through 2022 $475/hour in 2023 | 27.2 | $11,560.00 |
| Nicole Chevalier (Paralegal) | $150/hour | 0.5 | $85.00 |
| Matthew Jakubowski (Shareholder) | $380/hour through 2022 $400/hour in 2023 | 1.9 | $855.00 |

| | | | |
|---|---|---|---|
| Marc Lorelli (Shareholder) | $450/hour through 2022<br>$495/hour in 2023 | 9.6 | $2,112.00 |
| **Fee Request for Task 5** | | **78.3** | **$32,885.50** |
| *Task 6: Mediation/Settlement* | | | |
| Mark Cantor (Shareholder) | $495/hour | 87.1 | $43,114.50 |
| Rebecca Cantor (Shareholder) | $425/hour through 2022<br>$475/hour in 2023 | 30.7 | $13,520.00 |
| Mark Lorelli (Shareholder) | $450/hour through 2022<br>$495/hour in 2023 | 0.9 | $445.00 |
| **Fee Request for Task 6** | | **118.7** | **$57,080.00** |
| *Task 7: Post Trial Motions* | | | |
| Mark Cantor (Shareholder) | $495/hour | 2.3 | $1,138.50 |
| Rebecca Cantor (Shareholder) | $425/hour through 2022<br>$475/hour in 2023 | 3.5 | $1,645.00 |
| Nicole Chevalier (Paralegal) | $150/hour | 0.8 | $120.00 |
| Marc Lorelli (Shareholder) | $450/hour through 2022<br>$495/hour in 2023 | 7.6 | $3,762.00 |
| **Fee Request for Task 7** | | **14.2** | **$6,665.50** |
| *Task 8: Pretrial Disclosures* | | | |
| Rebecca Cantor (Shareholder) | $425/hour through 2022<br>$475/hour in 2023 | 27.3 | $12,831.00 |
| Marc Lorelli (Shareholder) | $450/hour through 2022<br>$495/hour in 2023 | 70.0 | $34,650.00 |
| **Fee Request for Task 8** | | **97.3** | **$47,481.00** |
| *Task 9: Pretrial Motions* | | | |
| Mark Cantor (Shareholder) | $495/hour | 8.0 | $3,960.00 |
| Rebecca Cantor (Shareholder) | $425/hour through 2022<br>$475/hour in 2023 | 7.2 | $3,384.00 |
| Francesca Cusumano (Associate) | $305/hour | 45.3 | $13,816.50 |
| Marc Lorelli (Shareholder) | $450/hour through 2022<br>$495/hour in 2023 | 31.1 | $15,394.50 |

| Dustin Zak (Associate) | $245/hour through 2022 $280/hour in 2023 | 16.7 | $4,676.00 |
|---|---|---|---|
| **Fee Request for Task 9** | | **108.3** | **$41,231.00** |
| *Task 10: Reexam* | | | |
| Mark Cantor (Shareholder) | $495/hour | 67.4 | $23,103.00 |
| Rebecca Cantor (Shareholder) | $425/hour through 2022 $475/hour in 2023 | 14.3 | $6,316.00 |
| Matthew Jakubowski (Shareholder) | $380/hour through 2022 $400/hour in 2023 | 17.6 | $6,850.00 |
| Marc Lorelli (Shareholder) | $450/hour through 2022 $495/hour in 2023 | 5.9 | $2,945.50 |
| Sangeeta Shah (Shareholder) | $295/hour | 144.1 | $42,509.50 |
| Dustin Zak (Associate) | $245/hour through 2022 $280/hour in 2023 | 12.8 | $3,241.00 |
| **Fee Request for Task 10** | | **262.1** | **$84,965.00** |
| *Task 11: Trial Preparation* | | | |
| Mark Cantor (Shareholder) | $495/hour | 259.7 | $128,551.50 |
| Rebecca Cantor (Shareholder) | $425/hour through 2022 $475/hour in 2023 | 197.4 | $92,472.00 |
| Nicole Chevalier (Paralegal) | $150/hour | 218.6 | $32,790.00 |
| Francesca Cusomano (Associate) | $305/hour | 8.0 | $2,440.00 |
| Marc Lorelli (Shareholder) | $450/hour through 2022 $495/hour in 2023 | 292.9 | $145,035.50 |
| Dustin Zak (Associate) | $245/hour through 2022 $280/hour in 2023 | 6.3 | $1,764.00 |
| **Fee Request for Task 11** | | **982.9** | **$403,053.00** |
| *Task 12: Trial* | | | |
| Mark Cantor (Shareholder) | $495/hour | 8.0 | $3,960.00 |
| Rebecca Cantor (Shareholder) | $425/hour through 2022 $475/hour in 2023 | 61.5 | $28,905.00 |
| Nicole Chevalier | $150/hour | 54.5 | $8,175.00 |

| | | | |
|---|---|---|---|
| (Paralegal) | | | |
| Marc Lorelli (Shareholder) | $450/hour through 2022 $495/hour in 2023 | 61.0 | $30,195.00 |
| **Fee Request for Task 12** | | **185.00** | **$71,235.00** |
| *Task 13: Motion for DJZ's Counsel to Withdraw* | | | |
| Mark Cantor (Shareholder) | $495/hour | 2.5 | $1,237.50 |
| **Fee Request for Task 13** | | **2.5** | **$1,237.50** |
| *Task 14: Expert Depositions* | | | |
| Mark Cantor (Shareholder) | $495/hour | 2.0 | $990.00 |
| Rebecca Cantor (Shareholder) | $425/hour through 2022 $475/hour in 2023 | 5.9 | $2,507.50 |
| **Fee Request for Task 14** | | **7.9** | **$3,497.50** |
| *Task 15: Daubert Motion* | | | |
| Mark Cantor (Shareholder) | $495/hour | 12.0 | $5,940.00 |
| Rebecca Cantor (Shareholder) | $425/hour through 2022 $475/hour in 2023 | 35.5 | $15,087.50 |
| Marc Lorelli (Shareholder) | $450/hour through 2022 $495/hour in 2023 | 2.3 | $1,138.50 |
| **Fee Request for Task 15** | | **49.8** | **$22,166.00** |

| Table 2 | | | | |
|---|---|---|---|---|
| **Attorney** | **Rate** | **HOURS BY TASK** | | **Totals** |
| Mark Cantor (Shareholder) | $495/hour | Task | Total Hours Spent by Attorney on Task | Hours: 511.1 Amount: $241,814.50 |
| | | Case Management | 13.0 | |
| | | Discovery | 7.4 | |
| | | Dispositive Motions | 4.0 | |
| | | Expert Discovery | 37.7 | |
| | | Mediation/Settlement | 87.1 | |
| | | Post Trial Motions | 2.3 | |
| | | Pretrial Motions | 8.0 | |
| | | Reexam | 67.4 | |
| | | Trial | 8.0 | |
| | | Trial Preparation | 259.7 | |

| | | | | |
|---|---|---|---|---|
| | | Motion to Withdraw by DJZ's counsel | 2.5 | |
| | | Expert Deposition | 2.0 | |
| | | Daubert Motions | 12.0 | |
| Rebecca Cantor (Shareholder) | $425/hour through 2022 $475/hour in 2023 | Case Management | 16.7 | Hours: 423.3 Amount: $197,560.50 |
| | | Deposition | 1.6 | |
| | | Discovery | 2.2 | |
| | | Dispositive Motions | 1.3 | |
| | | Expert Discovery | 27.2 | |
| | | Mediation/Settlement | 30.7 | |
| | | Post Trial Motions | 3.5 | |
| | | Pretrial Disclosures | 27.3 | |
| | | Pretrial Motions | 7.2 | |
| | | Reexam | 14.3 | |
| | | Trial | 61.5 | |
| | | Trial Preparation | 197.4 | |
| | | Expert Deposition | 5.9 | |
| | | Daubert Motions | 35.5 | |
| Nicole Chevalier (Paralegal) | $150/hour | Expert Discovery | 0.5 | Hours: 274.4 Amount: $41,170,00 |
| | | Post Trial Motions | 0.8 | |
| | | Trial | 54.5 | |
| | | Trial Preparation | 218.6 | |
| Francesca Cusumano (Associate) | $305/hour | Pretrial Motions | 45.3 | Hours: 53.3 Amount: $16,256.50 |
| | | Trial Preparation | 8.0 | |
| Matthew Jakubowski (Shareholder) | $380/hour through 2022 $400/hour in 2023 | Expert Discovery | 1.4 | |
| | | Reexam | 17.6 | Hours: 19.0 Amount: $7,832.00 |
| Marc Lorelli (Shareholder) | $450/hour through 2022 $495/hour in 2023 | Case Management | 0.4 | Hours: 474.7 Amount: $234,934.50 |
| | | Dispositive Motions | 0.7 | |
| | | Expert Discovery | 1.9 | |
| | | Mediation/Settlement | 0.9 | |
| | | Post Trial Motions | 7.6 | |
| | | Pretrial Disclosures | 70.0 | |
| | | Pretrial Motions | 31.1 | |
| | | Reexam | 5.9 | |
| | | Trial | 61.0 | |
| | | Trial Preparation | 292.9 | |
| | | Daubert Motions | 2.3 | |

| Sangeeta Shah (Shareholder) | $295/hour | Reexam | 144.1 | Hours: 144.1 Amount: $42,509.50 |
|---|---|---|---|---|
| Dustin Zak (Associate) | $245/hour through 2022 $280/hour in 2023 | Expert Discovery | 9.6 | Hours: 45.4 Amount: $11,793.00 |
| | | Pretrial Motions | 16.7 | |
| | | Reexam | 12.8 | |
| | | Trial Preparation | 6.3 | |
| **Total** | | | | Hours: 1,954.3 Amount: $793,420.50 |