# EXHIBIT B

| Vendor | Narrative | Amount |
|---|---|---|
| Maison Choklat LLC | (04-24) Maison Choklat LLC: Payment for hours of research. | 2,090.00 |
| Robin Wagner LLC | (05-02) Robin Wagner LLC: Payment for expert witness services. | 300.00 |
| Robin Wagner LLC | (05-23) Robin Wagner LLC: Payment for expert witness services. | 2,400.00 |
| U.S. Patent and Trademark Office | (06-17) U.S. Patent and Trademark Office: Payment of request for ex parte re-exam fee. | 6,300.00 |
| Technology & Patent Research Int'l Inc | (11-05) Technology & Patent Research Int'l Inc.: Payment for invalidity search on worldwide patents and applications. | 2,843.00 |
| Technology & Patent Research Int'l Inc | (11-15) Technology & Patent Research Int'l Inc.: Payment for Invalidity Search. | 1,250.00 |
| Crawford & Winiarski | (11-30) Crawford & Winiarski: Payment for updating case status, communicating with counsel regarding upcoming trial, scheduling work session, discussing potential update of report, providing status of additional discovery information and trial plan; reviewing reports and work file to assess potential areas for modifications or additional analysis. | 2,932.20 |
| Nicole L. Chevalier | (02-15) Nicole L. Chevalier: Reimbursement for trial exhibits. | 132.00 |
| Marc Lorelli | (02-16) Marc Lorelli: Reimbursement for mannequin head for demonstration of showercaps at trial. | 31.79 |
| Convince LLC | (02-24) Convince LLC: Payment for the 50% Deposit Retainer for Mock Trial. | 39,000.00 |
| Crawford & Winiarski | (03-02) Crawford & Winiarski: Payment for professional services rendered from 2/17/2023 to 2/18/2023. | 4,277.80 |
| Mark Cantor | (03-09) Mark Cantor: Reimbursement for travel expenditure to Los Angeles for mock trial. | 1,797.80 |

| Vendor | Narrative | Amount |
|---|---|---|
| Rauf Technical Art Inc. | (03-09) Rauf Technical Art Inc.: Payment for (15) sheets of formal drawings. | 2,700.00 |
| Sandra D. Davis | (03-21) Sandra D. Davis: Reimbursement for glue and watering can for mannequin head and shower cap demonstration for mock trial. | 16.92 |
| Convince LLC | (03-23) Convince LLC: Payment for 40% 2nd Installment for Mock Trial. | 27,200.00 |
| Marc Lorelli | (03-24) Travel expenditures M. Lorelli; lunch and air fare to attend the mock trial filming, sink tub for shower cap demonstration in Los Angeles, CA. | 1,080.23 |
| Mark Cantor | (03-31,04-03,04,05) Mark Cantor: Reimbursement for travel expenses for mock trial in Los Angeles, CA. | 137.03 |
| Marc Lorelli | (04-02,03,04) Travel expenditure for M. Lorelli to attend mock trial in Manhattan Beach, CA. | 2,266.65 |
| Nicole L. Chevalier | (04-04) Nicole L. Chevalier: Payment for trial exhibits. | 142.38 |
| Crawford & Winiarski | (04-05) Crawford & Winiarski: Payment for professional services rendered from 3/1/2023 through 3/31/2023. | 9,385.80 |
| Rebecca J Cantor | (04-11) Rebecca J Cantor: Reimbursement for product sample. | 284.08 |
| Worldwide Express | (04-15) Overnight express mail. | 211.70 |
| Worldwide Express | (04-15) Overnight express mail. | 157.14 |
| Worldwide Express | (04-15) Overnight express mail. | 157.14 |
| Mark Cantor | (04-24) Mark Cantor: Reimbursement of flight expenses for the pretrial conference to be held on May 1, 2023. | 1,587.80 |
| Worldwide Express | (04-26) Overnight express mail. | 82.34 |

| Vendor | Narrative | Amount |
|---|---|---|
| Worldwide Express | (04-28) Overnight express mail. | 57.93 |
| Worldwide Express | (04-28) Overnight express mail. | 43.01 |
| Worldwide Express | (04-28) Overnight express mail. | 43.01 |
| Mark Cantor | (04-29,30,05-01,02) Travel expenditures for M. Cantor to attend the pretrial conference in Los Angeles, CA. | 372.41 |
| Marc Lorelli | (05-02) Travel expenditure for M. Lorelli to attend the pretrial conference in LA, CA. | 2,805.70 |
| Crawford & Winiarski | (05-08) Crawford & Winiarski: Payment for Professional services rendered from 4/3/2023 to 4/28/2023. | 16,000.00 |
| Convince LLC | (05-17) Convince LLC: Payment for case strategy sessions, demonstrative development, case strategy reporting, general consulting and the final 10% Mock Trial. | 33,433.94 |
| Mark Cantor | (05-17,19,20,21,22,23,25) Travel expenditure for M. Cantor to attend the settlement and pretrial conferences in Los Angeles, CA. | 1,457.21 |
| Maison Choklat LLC | (05-19) Maison Choklat LLC: Payment for reviewing paperwork, reviewing documents and office meetings. | 6,510.00 |
| Marc Lorelli | (05-21,22) Travel expenditures for M. Lorelli to attend the second pretrial conference in Los Angeles, CA. | 2,329.70 |
| Mark Cantor | (05-23) Mark Cantor: Reimbursement of air fare for Aki Choklat to testify at trial in Los Angeles, CA. | 10,630.85 |
| Marc Lorelli | (06-01) Marc Lorelli: Reimbursement of flights for M. Lorelli and S. Davis to attend trial in Los Angeles, CA. | 2,265.60 |

| Vendor | Narrative | Amount |
|---|---|---|
| Maison Choklat LLC | (06-02) Maison Choklat LLC: Payment for document reviews and remote office meetings from 5/24/2023 through 6/2/2023. | 7,980.00 |
| Sandra D. Davis | (06-04,05,06,07,08,09) Sandy Davis: Reimbursement for expenses during trial in Los Angeles, CA; lunch, dinner, parking and supplies. | 1,134.95 |
| Nicole L. Chevalier | (06-05,19) Nicole L. Chevalier: Reimbursement for airfare and parking expense during trial in Los Angeles, CA. | 1,335.30 |
| Crawford & Winiarski | (06-05) Crawford & Winiarski: Payment for professional services rendered from 5/1/2023 to 5/31/2023. | 29,048.50 |
| Rebecca J Cantor | (06-06,07,08,09,10,11) Rebecca Cantor: Reimbursement for trial expenses, airport parking, lodging and supplies. | 4,828.28 |
| Worldwide Express | (06-07) Overnight express mail. | 87.23 |
| Worldwide Express | (06-07) Overnight express mail. | 125.89 |
| Worldwide Express | (06-07) Overnight express mail. | 129.11 |
| Worldwide Express | (06-07) Overnight express mail. | 129.11 |
| Worldwide Express | (06-07) Overnight express mail. | 129.11 |
| Worldwide Express | (06-07) Overnight express mail. | 161.77 |
| Worldwide Express | (06-07) Overnight express mail. | 95.28 |
| Worldwide Express | (06-07) Overnight express mail. | 129.11 |
| Worldwide Express | (06-07) Overnight express mail. | 129.11 |
| Worldwide Express | (06-07) Overnight express mail. | 125.89 |
| Worldwide Express | (06-07) Overnight express mail. | 148.62 |

| Vendor | Narrative | Amount |
|---|---|---|
| Worldwide Express | (06-07) Overnight express mail. | 131.12 |
| Marc Lorelli | (06-07,08,09,10) Marc Lorelli: Reimbursement for car rental, uber expense, lunch, sky club and lodging expense for M. Lorelli, S. Davis, N. Chevalier, Aki Choklat during trial in Los Angeles, CA. | 8,613.42 |
| Maison Choklat LLC | (06-07) Maison Choklat LLC: Payment for professional services rendered from 5/7/2023 to 6/4/2023. | 16,590.00 |
| Marc Lorelli | (06-10) Marc Lorelli: Reimbursement for additional night of lodging expense for N. Chevalier during trial in Los Angeles, CA. | 253.00 |
| Convince LLC | (06-12) Convince LLC: Payment for Opening statement review, deposition review, cross-exam development, live witness preparation, adverse witness deposition review, cross development, closing argument review and development. | 17,437.50 |
| Fortz Legal Support, LLC | (06-12) Fortz Legal Support, LLC: Payment for making video clips, updating and editing video clips. | 4,020.00 |
| Maison Choklat LLC | (06-16) Maison Choklat LLC: Payment for professional services rendered from 6/3/2023 to 6/7/2023. | 8,552.38 |
| Worldwide Express | (06-28) Overnight express mail. | 182.43 |
| Worldwide Express | (07-16) Overnight express mail. | 14.48 |
| Worldwide Express | (07-16) Overnight express mail. | 14.48 |
| Worldwide Express | (07-16) Overnight express mail. | 14.48 |
| Worldwide Express | (07-16) Overnight express mail. | 15.07 |
| Worldwide Express | (07-16) Overnight express mail. | 14.05 |

| Vendor | Narrative | Amount |
|---|---|---|
| Worldwide Express | (07-16) Overnight express mail. | 14.48 |
| Worldwide Express | (07-16) Overnight express mail. | 14.48 |
| Worldwide Express | (07-16) Overnight express mail. | 13.53 |
| Worldwide Express | (07-16) Overnight express mail. | 82.79 |
| Worldwide Express | (07-16) Overnight express mail. | 82.79 |
| Worldwide Express | (07-16) Overnight express mail. | 14.48 |
| Worldwide Express | (07-16) Overnight express mail. | 14.48 |
| Worldwide Express | (07-16) Overnight express mail. | 14.48 |
| Worldwide Express | (07-31) Overnight express mail. | 24.97 |
| Worldwide Express | (07-31) Overnight express mail. | 28.51 |
| Rebecca J Cantor | (08-03) Rebecca J Cantor: Reimbursement for copy of trial transcript from Suzanne M McKennon CRR, RMR USDC. | 549.90 |
| **TOTAL** | | 287,137.72 |