1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOHN J. SHAEFFER (SBN 138331)
JShaeffer@FoxRothschild.com
MEEGHAN H. TIRTASAPUTRA (SBN 325572)
MTirtasaputra@FoxRothschild.com
FOX ROTHSCHILD LLP
Constellation Place
10250 Constellation Boulevard, Suite 900
Los Angeles, California 90067
Telephone:  310.598.4150
Facsimile:   310.556.9828

Attorneys for Defendant and Counterclaimant
DeeJayZoo, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KITSCH LLC, a California limited liability corporation,<br><br>              Plaintiff / Counter-Defendant,<br>     v.<br><br>DEEJAYZOO, LLC, a New York limited liability corporation,<br><br>              Defendant / Counter-Claimant. | Case No. 2:19-cv-02556-JAK-RAO<br>Hon. John Kronstadt presiding<br><br>**DECLARATION OF JACQUELYN DE JESU IN SUPPORT OF DEFENDANT AND COUNTER-CLAIMANT DEEJAYZOO LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS**<br><br>Date:       November 13, 2023<br>Time:      8:30 a.m.<br>Place:      Courtroom 10B |

**DECLARATION OF JACQUELYN DE JESU ISO DEEJAYZOO LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS**

150239798.1

## DECLARATION OF JACQUELYN DE JESU

I, Jacquelyn De Jesu, declare as follows:

1.     I am a party to this action and the majority owner of Defendant and Counter Claimant, DeeJayZoo, LLC ("DeeJayZoo").

2.     I have personal knowledge of the facts and matters herein, and, if called upon to testify in this matter, I could and would competently do so, except as to the matters stated herein on information and belief and, as to such matters, I believe them to be true.

3.     On or about June 8, 2023, I was inside the hallway of the District Courthouse in Los Angeles, California for the trial in this matter.

4.     While I was waiting to talk to my lawyers, I felt a pair of hands hover close to my shoulders and around my upper body. At the time, I believed the effect of this conduct was to make me feel as if they intended to hug me. Accordingly, I believed it was my husband, who was present with me at the trial for support.

5.     However, when I turned to look whose hands had been hovering so close to my upper body, I was startled by a shocking "boo" being yelled in my face. This person was Jeremy Thurswell, the husband of Cassandra Thurswell.

6.     I became upset when I realized who it was and felt like my privacy had been violated. This significantly and negatively affected my sense of stability, made me extremely uncomfortable, and brought me to tears.

7.     I was shocked to read in Kitsch's Motion for Attorneys' Fees and Non-Taxable Costs that my alleged inconsistent testimony at trial is the basis upon which it argues that I engaged in bad faith litigation. If any of my testimony is subject to criticism, it is due to the inappropriate actions of Mr. Thurswell towards me. Therefore, my testimony was not provided with any bad faith or malicious motive, but was made under the duress I felt I suffered as a result of the aforementioned

DECLARATION OF JACQUELYN DE JESU ISO DEEJAYZOO LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS

150239798.1

encounter with Mr. Thurswell. I do not believe I erred in my testimony in spite of the trauma of the event.

8.    If my testimony is the basis upon which Kitsch contends makes this case "exceptional," then the events leading up to such testimony are equally as exceptional, if not worse, due to how inappropriate and disrespectful Mr. Thurswell acted towards me on June 8, 2023 before I testified.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of October 2023, at Kings County, New York.

_____
JACQUELYN DE JESU

---

**DECLARATION OF JACQUELYN DE JESU ISO DEEJAYZOO LLC'S OPPOSITION TO PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS**

150239798.1