Name: Griffin Lee
Address: 3300 Foothill Blvd. #12360
City, State, Zip: La Crescenta, CA 91214
Phone: 424-353-2226
Fax: 424-426-3454
E-Mail: griffin@griffinleelaw.com

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KITSCH LLC

PLAINTIFF(S),

v.

DEEJAYZOO LLC

DEFENDANT(S).

CASE NUMBER:

Case No. 2:19-cv-02556-JAK-RAO

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that **DEEJAYZOO LLC** hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Federal Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
ECF388 AMD JMT; ECF389 JMOL ORDR

☒ Other (specify):
Any and all of the decisions and findings of this Court underlying and leading to ECF388, AMD JMT, and ECF389, JMOL/NT ORDER such as listed in Dkt. 362 (JMOL/NT mot).

Imposed or Filed on 11/27/23. Entered on the docket in this action on 11/28/23.

A copy of said judgment or order is attached hereto.

1/18/2024
Date

s/Griffin Lee/
Signature

☐ Appellant/ProSe  ☒ Counsel for Appellant  ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).